IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SMALL BUSINESS LOAN SOURCE, LLC,** | * | |
| | * | |
| Plaintiff, | | |
| | * | **CIVIL ACTION NO.** |
| vs. | | **05-0506-CG-C** |
| | * | |
| **F/V LUCKY ANDY II her engines, tackle, furniture, appurtenances,** *etc.*, *in rem*, **and HAI VAN VO,** *in personam*, | * | |
| | | **IN REM** |
| | * | |
| Defendants. | | |
| | * | |

### DECREE CONFIRMING SALE

WHEREAS, pursuant to the Order of this Court (Doc. 27), the United States Marshal sold the F/V LUCKY ANDY II at judicial sale on June 28, 2006, to Small Business Loan Source, LLC, for the sum of One Hundred Seventy-five Thousand and No/100ths Dollars ($175,000.00), which was the highest bid offered at said sale, and there having been no written objections filed within five (5) business days of the date of the sale, and that Small Business Loan Source, LLC has performed the terms of its purchase;

IT IS **ORDERED, ADJUDGED** and **DECREED** that the sale of the F/V LUCKY ANDY II to Small Business Loan Source, LLC hereby is **CONFIRMED**.

The United States Marshal is DIRECTED to issue a Bill of Sale free and clear from all encumbrances and liens as proper legal conveyance to Small Business Loan Source, LLC the F/V LUCKY ANDY II, her engines, machines, fittings, tackle and all other appurtenances thereto belonging;

**IT IS ORDERED** that the F/V LUCKY ANDY II, Official Number 1109998, be and the

same is hereby released from seizure, and that the court appointed, substitute custodian Jemison Marine deliver possession of the F/V LUCKY ANDY II to Small Business Loan Source LLC.

The court notes that although a summons (Doc. 5) was issued for service on in personam defendant Hai Van Vo, return of service has not been filed to date.  Therefore, plaintiff is **ORDERED** to show cause, **on or before July 21, 2006,** why said defendant should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 10th day of July, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE